IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| VAUGHN AUSTIN VERDI,<br><br>Plaintiff,<br><br>v.<br><br>INVESTIGATOR LUCAS GRANT, INVESTOGATOR RYAN FERGUSON, CAPTAIN PATRICK YOUNG, MAJOR STEVE STRICKLAND, SHERIFF RICHARD ROUNDTREE, and RICHMOND COUNTY, GEORGIA,<br><br>Defendants. | Civil Action<br>File No.<br><br><br><br>Jury Trial Demand |

## VERIFICATION

Personally appeared before the undersigned officer, VAUGHN AUSTIN VERDI, who, after first being duly sworn deposes and states that the information supplied in the foregoing COMPLAINT is true and correct to the best of his knowledge. However, it is not based solely on the knowledge of the executing party, but includes information obtained by and through his agents, representatives and attorneys. The word usage and sentence structure may be that of the attorney and does not necessarily purport to be the precise language of the executing party.

This 26th day of February, 2020.

_____
VAUGHN AUSTIN VERDI

Sworn to and subscribed before
me this 26th day of February, 2020.

_____
Notary Public
My Commission Expires: 3-7-2022