IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VAUGHN AUSTIN VERDI,                      *
                                          *
        Plaintiff,                        *
                                          *
            v.                            *            CV 120-030
                                          *
INVESTIGATOR LUCAS GRANT, et              *
al.,                                      *
                                          *
        Defendants.                       *

                        ───────────

                        **O R D E R**

                        ───────────

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 22.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA